No. 1442, Misc. ORTEGA *v.* COX, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1443, Misc. BAKER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1446, Misc. HANKINS ET UX. *v.* MORTON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 1463, Misc. FURTAK *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1465, Misc. KNIGHT *v.* PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 1467, Misc. WELLER *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1472, Misc. McQUEEN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 1473, Misc. COOPER *v.* COX, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1476, Misc. LUCAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1479, Misc. PAUL *v.* MARYLAND. Sup. Bench of Baltimore City, Md. Certiorari denied.

No. 1491, Misc. STAPF *v.* PRESTON ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.